UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG SOOK LIM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHILD PROTECTIVE SERVICES OF TULARE COUNTY; LYDIA SUAREZ; JENNIFER MENNE; and MELANIE HUERTA,<br><br>　　　　　Defendants. | No.  1:20-cv-01049-NONE-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THE ACTION PROCEED AGAINST DEFENDANTS JENNIFER MENNE AND MELANIE HUERTA ON PLAINTIFF'S FIRST CAUSE OF ACTION AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>(Doc. No. 8) |

　　　Plaintiff Chong Sook Lim is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983 ("Section 1983").  On November 20, 2020, the assigned magistrate judge screened plaintiff's second amended complaint (Doc. No. 7) and issued findings and recommendations, recommending that this case proceed only against defendants Menne and Huerta, and that plaintiff's claims against defendants Tulare County CPS and Suarez be dismissed without leave to amend.  (Doc. No. 8.)  The findings and recommendations were served that same day and provided plaintiff with twenty-one days in which to file objections. (*Id.*)  No objections were filed and the time to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The November 20, 2020, findings and recommendations (Doc. No. 8) are adopted in full;
2. This action shall proceed only on plaintiff's § 1983 familial association claim in her first cause of action against defendants Jennifer Menne and Melanie Huerta;
3. All other claims and defendants are dismissed; and
4. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **January 2, 2021**

_____
UNITED STATES DISTRICT JUDGE