# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG SOOK LIM,<br><br>            Plaintiff,<br><br>    v.<br><br>JENNIFER MENNE and MELANIE HUERTA,<br><br>            Defendants.      / | **Case No. 1:20-cv-01049-NONE-SKO**<br><br>**ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS**<br><br>**(Doc. 9)**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Chong Sook Lim is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983 ("Section 1983").  The Court has screened Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915 and finds that it states a cognizable Section 1983 familial association claim against Defendants Jennifer Menne and Melanie Huerta.[1] Fed. R. Civ. P. 8(a); *Hardwick v. Cty. of Orange*, 844 F.3d 1112, 1116 (9th Cir. 2017); *Thornton v. Cty. of Los Angeles*, No. CV 16-08482 TJH (AGRx), 2017 WL 11504794, at *2 (C.D. Cal. June 27, 2017); *Lahey v. Contra Costa Cty. Dep't of Children & Family Servs.*, No. C01-1075 MJJ, 2004 WL 2055716, at *9 (N.D. Cal. Sept. 2, 2004).

///

///

///

---

[1] (*See* Docs. 8 & 9.)

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate on the following defendants:

    **Jennifer Menne**

    **Melanie Huerta**

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Second Amended Complaint, filed October 19, 2020 (Doc. 7).

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

    a. A completed summons for each defendant listed above;

    b. A completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed Second Amended Complaint, filed October 19, 2020 (Doc. 7).

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. **The failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:  **January 5, 2021**               /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE