# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG SOOK LIM, | Case No. 1:20-cv-01049-NONE-SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **TWENTY-ONE DAY DEADLINE** |
| JENNIFER MENNE and MELANIE HUERTA, | |
| Defendants. | |
| _____/ | |

Plaintiff Chong Sook Lim is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983 ("Section 1983"). The Court screened Plaintiff's Second Amended Complaint pursuant to 28 U.S.C. § 1915 and found that it states a cognizable Section 1983 familial association claim against Defendants Jennifer Menne and Melanie Huerta. (*See* Docs. 8 & 9.)

On January 6, 2021, the Court found service of the Second Amended Complaint appropriate and ordered completion and return of service documents within thirty days. (Doc. 10.) The Court cautioned that "the failure to comply with this order will result in a recommendation that this action be dismissed." (*Id.* at 2.) To date, no service documents have been returned.

Accordingly, the Court ORDERS that, **by no later than twenty-one (21) days of service of this order**, Plaintiff shall complete and return the service documents as set forth in the Court's January 6, 2021, order, or show cause why she is unable to do so.  The Court further CAUTIONS Plaintiff that, if she fails to respond timely to this order, the undersigned will recommend that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:   **February 22, 2021**                        /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE