# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONG SOOK LIM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JENNIFER MENNE and MELANIE HUERTA,<br><br>　　　　Defendants.<br>　　／ | Case No. 1:20-cv-01049-NONE-SKO<br><br>ORDER DENYING REQUEST FOR KOREAN INTERPRETER<br><br>(Doc. 20) |

Plaintiff Chong Sook Lim is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983 ("Section 1983"). On May 25, 2021, Plaintiff filed a request for the Court to provide a Korean language interpreter for the scheduling conference on June 17, 2021, and for "all other conferences and trials for this case in the future." (Doc. 20.)

In criminal proceedings or in civil cases initiated by the United States, the Court must provide an interpreter for a non-English-speaking party. 28 U.S.C. § 1827(j). However, the present action is not a criminal prosecution, nor is it a civil lawsuit initiated by the United States of America. Rather, it is a civil action initiated by Plaintiff herself. Therefore, there is no statutory obligation to provide Plaintiff with an interpreter. *See Equal Employment Opportunity Commission v. Beauty Enterprises, Inc*., 2002 WL 1626163 at *3(D. Conn. May 21, 2002)("Court Interpreters Act applies to civil proceedings initiated by the United States."). Accordingly, Plaintiff's request is DENIED.

Should Plaintiff wish to have an interpreter present at the upcoming scheduling conference (or any other court proceeding), she must make those arrangements. Information regarding locating a　　　qualified　　　interpreter　　　can　　　be　　　found　　　here:

http://www.caed.uscourts.gov/caednew/index.cfm/attorney-info/attorney-resources/court-interpreters/ ("Find an Interpreter").

IT IS SO ORDERED.

Dated: **June 1, 2021**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE