JENNIFER M. FLORES, SBN 271493
County Counsel for the County of Tulare
Kathleen A. Taylor, SBN 131100
Chief Deputy County Counsel
Judith D. Chapman, SBN 169479
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 733-6263
Fax: (559) 737-4319
E-mail: jchapman@tularecounty.ca.gov

Attorneys for Defendants County of Tulare and Child Welfare Services

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| CHONG SOOK LIM,<br><br>               Plaintiff,<br><br>v.<br><br>CHILD PROTECTIVE SERVICES OF TULARE COUNTY; LYDIA SUAREZ; JENNIFER MENNE, MELANIE HUERTA;<br><br>               Defendants. | **Case Number: 1:20-cv-01049-NONE-SKO**<br><br>**STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY DATE**<br><br>(Doc. 37)<br><br>*Exempt from Filing Fees Pursuant to Government Code §6103* |

On December 13, 2021, the parties met and conferred via electronic mail. The parties hereby agree to extend the non-expert discovery cut-off which is currently set for January 24, 2022 (ECF No. 29) to February 20, 2022.

Dated: December 14, 2021                    _s/ *Chong Sook Lim* (via e-mail)_____
                                                        Chong Sook Lim, Plaintiff

| | |
|---|---|
| Dated:  December 13, 2021 | JENNIFER M. FLORES<br>Tulare County Counsel |
| | By_____/s/*Judith D. Chapman*_____<br>JUDITH D. CHAPMAN<br>Deputy County Counsel |

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 37), and for good cause shown, IT IS HEREBY ORDERED that the non-expert discovery cut-off is extended to February 20, 2022.  All other dates in the Scheduling Order (Doc. 29) shall remain as set.

IT IS SO ORDERED.

Dated:   **December 15, 2021**                 /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE